**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**RORY M. FOSTER,**

                **Petitioner,**

        **v.**                                  **CASE NO. 20-3128-SAC**

**DEPARTMENT OF HOMELAND SECURITY, et al.,**

                **Respondents.**

## MEMORANDUM AND ORDER

This matter is a petition for mandamus filed by a prisoner in state custody. On July 10, 2020, the court dismissed the matter after petitioner failed to respond to an order directing him to submit the full filing fee or a motion for leave to proceed in forma pauperis. Petitioner took no further action until February 16, 2022, when he filed a second pleading styled as a petition for writ of mandamus in this action.

The court has examined the record and, because petitioner has not paid the $402.00 filing fee or submitted a motion to proceed in forma pauperis, will take no action on petitioner's new filing.

IT IS, THEREFORE, BY THE COURT ORDERED no action will be taken on petitioner's renewed petition for mandamus due to his failure to comply with the court's order to submit the filing fee or a motion to proceed in forma pauperis. This matter remains closed.

DATED: This 25th day of February, 2022, at Topeka, Kansas.

                                                S/ Sam A. Crow

                                                SAM A. CROW
                                                U.S. Senior District Judge